UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOSEPH NAPOLEON DEVOLTZ** | **CIVIL DOCKET NO. 6:22-CV-5294** |
| **VS.** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [DOC. 8] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Joseph Napoleon Devoltz be DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers this 17th day of March 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE